UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA CASADO,

    Plaintiff,

v.                                         Case No.:  2:21-cv-821-SPC-MRM

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER[1]

Before the Court is the parties' Joint Unopposed Motion to Transfer Venue to the United States District Court for the District of New Jersey. (Doc. 10).  The parties ask the Court to transfer this ERISA case to the District of New Jersey under 29 U.S.C. § 1132(e)(2) and 28 U.S.C. § 1404(a), because the group disability insurance policy funded the plan in the District of New Jersey, the Plan Administrator is in New Jersey, and the Plaintiff worked and resided in New Jersey.  Based on these facts and because the parties consent to transfer, the Court will transfer the case.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

1. The Joint Unopposed Motion to Transfer Venue to the United States District Court for the District of New Jersey (Doc. 10) is **GRANTED**.

2. All deadlines, including the deadline for Defendant to respond to the Complaint and to file a Joint Planning and Scheduling Report as provided by this Court's Order Setting Initial Planning and Scheduling Conference (Doc. 4), are **stayed** pending transfer.

3. The Clerk is **DIRECTED** to transfer the case to the United States District Court for the District of New Jersey, Newark Division; terminate any pending motions and deadlines; and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on December 2, 2021.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record